L▓▓ F▓▓

C/O Latonya R. Finley- Parent

1271 Washington Ave, 266

San Leandro, California 94577

510.337.4369



FILED

JAN 3 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES NORTHERN DISTRICT COURT

L▓▓ F▓▓, Minor

C/o Latonya R. Finley- Parent

    Plaintiff,

vs.

Alameda Police Department and Alameda Unified School District, Officer Erik Klaus and Officer Craig Vreeland, Officer James Fisher, Kent Peterson-Assistant Principal of Will C. Wood Middle School

    Defendant

Case No.: **C14-0485**

CIVIL RIGHT COMPLAINT
DEMAND FOR JURY TRIAL

## I.  JURISDICTION

Jurisdiction is proper in this court according to 42 U.S.C. 1983 & 1985.

## II.  Defendant's Relation to the State

Alameda Police Department is a public officer that occupies a fiduciary relationship to the political entity on whose behalf he or serves. Alameda Unified School District is a

CIVIL RIGHT COMPLAINT
DEMAND FOR JURY TRIAL - 1

public entity that occupies a fiduciary relationship to the political entity on whose behalf he or she serves.

### III. PARTIES

**Plaintiff L___ F___**, a minor, by and through his parent alleges as follows:

### FIRST CAUSE OF ACTION

**(Violation of Pupil's Record Education Code Section 49076, as Alameda Police Department, Erik Klaus and Craig Vreeland)**

1. On or about October 15, 2012, Officer Craig Vreeland and Officer Erik Klaus attended L___ F___'s school for no legitimate reasons.

2. Officer Craig Vreeland and Officer Erik Klaus accessed L___'s (a minor) directory information without written consent from the parent. Thereafter, L___ started being targeted and possibly arrested for a manufactured charge and/or charges conspired by Officers Craig Vreeland and Erik Klaus as well as the Assistant Principal Kent Peterson.

### SECOND CAUSE OF ACTION

**Submitting Falsified Records on behalf of Minor to a Court for a Fraudulent or deceitful purpose at a trial, or at a legal proceeding or inquiry, as to Alameda Police Department, Officer James Fisher)**

3. On or about July 25, 2012, L___ F___ (Minor) was used a pawn of a unlawful arrest FOR fraudulent and deceitful purpose.

CIVIL RIGHT COMPLAINT
DEMAND FOR JURY TRIAL - 2

4. Officer James Fisher submitted to the Superior Court that L█████ was a victim of a sexual assault crime and was giving a "Victims of Domestic Violence" resource pamphlet. Officer James Fisher stated he advised Highland Hospital of a sexual assault crime, prior to any initial medical evidentiary, or physical examination, per 264.2 Penal Code. Neither Officer James Fisher nor any of the other Officers of the Alameda Police Department informed the parent Latonya R. Finley of such crime that L████ (minor) was involved.

### THIRD Cause of Action

### (Public Humiliation)

5. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 2 of plaintiff's first cause, and each and every part thereof with the same force and effect as though set out at length herein.

6. Plaintiff is informed and believes, and thereon alleges that the actions of defendant, and each of them as aforesaid, were unreasonable and outrageous. Plaintiff is further informed and believes, and thereon alleges, that such actions were done with intent to embarrass or with reckless disregard of the probability of causing plaintiff worry, fear and anxiety.

### FOURTH CAUSE OF ACTION

### (Constructive Fraud As to Defendant Alameda Unified School District and its agent Kent Peterson of Will C. Wood Middle School)

7. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 4 of plaintiff's first and second cause of action, and each and every part thereof with the same force and effect as though set out at length herein.

8. Plaintiff is informed and believes and thereon alleges that defendant Alameda Unified School District and its Agent Kent Peterson owes L████'s a duty of confidential relation to not permit access to pupil records to a person without written parental consent or under judicial order. The defendant failed that duty when they allowed Officer Vreeland and Officer Klaus to obtain information from the pupil records unknown to the parent and the pupil.

9. As a proximate result of the fraudulent conduct of defendants, plaintiff was forced to pull her son out of the school, causing a severe setback to his education.

10. As a proximate result thereof, plaintiff has been damaged in the amount 2,000,000.00.

11. The aforementioned conduct was an constructive fraud, deceit and/or concealment of material facts known to defendants, with the intention on the part of defendants of thereby depriving plaintiff his right to privacy and protection or otherwise causing injury and was despicable conduct that subjected to cruel and unjust hardship and conscious disregard of plaintiff's rights, so as to justify an award of exemplary and punitive damages.

**WHEREFORE**, Plaintiff pray for a judgment against defendants, and each of them as follows:

1. Plaintiff is awarded damages in the amount of $2,000,000.00.

2. Plaintiff is awarded costs of suit, for such other and further relief, as the court deems proper and just.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2014

_____
Latonya R. Finley- Pro Per