UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.F., | No. C-14-00485 DMR |
|         Plaintiff(s), | **ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
|         v. | |
| ALAMEDA POLICE DEPARTMENT, | |
|         Defendant(s). | |

On January 31, 2014, Plaintiff filed suit in this court along with an application to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.] The IFP application was granted on February 28, 2014, in an order that also dismissed the complaint. [Docket No. 6.] Plaintiff was required to file an amended complaint, if any, by no later than March 14, 2014, and "[f]ailure to do so may result in dismissal of this case for failure to prosecute." Docket No. 6 at 6. To date, Plaintiff has not filed an amended complaint. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: March 18, 2014

_____
DONNA M. RYU
United States Magistrate Judge