UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L.F.,

        Plaintiff(s),

   v.

ALAMEDA POLICE DEPARTMENT,

        Defendant(s).
_____/

No. C-14-00485 DMR

**ORDER RE: AMENDED COMPLAINT [DOCKET NO. 8]**

On February 28, 2014, the court granted Plaintiff's application for leave to proceed *in forma pauperis* and dismissed the complaint with leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) because Plaintiff had failed to state a basis for this court's jurisdiction. The court dismissed the complaint with leave to amend, and required Plaintiff to file an amended complaint by no later than March 14, 2014. The court noted that failure to do so may result in dismissal of this case for failure to prosecute. [Docket No. 6.] On March 18, 2014, having received no amended complaint, the court dismissed the case for failure to prosecute. [Docket No. 7.]

On March 26, 2014, Plaintiff filed an amended complaint. Plaintiff is advised that the amended complaint is untimely filed. In addition, it appears that the amended complaint does not address the deficiencies noted in the order dated February 28, 2014. The case remains closed.

IT IS SO ORDERED.

Dated: April 3, 2014

                                      DONNA M. RYU
                                      United States Magistrate Judge